# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| T. SHARNAI THOMPSON, MARK DYER, and TAMMY DYER | § § § | |
| vs. | § § § | Civil Action No. 4:06cv154 (Judge Schneider/Judge Bush) |
| DIAMOND STATE INSURANCE COMPANY, NATIONAL EQUINE ADJUSTING, INC., and, JACKIE STARNES d/b/a STARNES INSURANCE AGENCY | § § § § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On February 27, 2007, the Magistrate Judge entered his Report containing his proposed findings of fact and recommendation that Defendant Jackie C. Starnes's Motion to Dismiss for Lack of Personal Jurisdiction be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Defendant Jackie C. Starnes's Motion to Dismiss for Lack of Personal Jurisdiction is granted.

**SIGNED this 20th day of March, 2007.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE